**Brian Lee BURKE, Appellant,**

v.

**Kathy Lynn BURKE, n/k/a Kathy Hatton, Respondent.**

**No. WD 45099.**

Missouri Court of Appeals,
Western District.

Jan. 28, 1992.

Richard J. Eisen, Webster Groves, for appellant.

H. Ralph Gaw, Tipton, for respondent.

Before TURNAGE, P.J., and KENNEDY and BERREY, JJ.

## ORDER

PER CURIAM:

Brian Lee Burke appeals from the dismissal of his petition to set aside judgment of child support.

The judgment is affirmed. Rule 84.16(b).